# IN THE SUPREME COURT OF THE STATE OF NEVADA

GIOVANNI KOHLER KURTZE,
                Appellant,
      vs.
THE STATE OF NEVADA,
                Respondent.

No. 82606

**FILED**

MAR 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed a notice of appeal on February 10, 2021. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). In addition, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. To the extent that appellant's appeal is in regard to the judgment of conviction entered on October 23, 2018, the notice of appeal was untimely filed. ). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-09293

cc:    Hon. Michelle Leavitt, District Judge
        Giovanni Kohler Kurtze
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk